# SCHRIERSHAYNE, P.C.

www.SchrierShayne.com

Long Island   –   Manhattan   –   Florida

**Long Island Office**  
P.O. Box 221  
Port Washington, New York 11050  
*Tel. No.: (516) 739-8000 • cell: (516) 578-8999*

**New York City Office**  
64 Fulton Street, Suite 1000  
New York, NY 10038  
*Tel. No.: (212) 566-4949*  
*Fax No.: (212) 202-5423*

Via email: ECF filing  
Hon Jennifer H. Rearden  
500 Pearl Street  
Room 1010  
New York, New York 10007

January 21, 2025

**RE:** **J-K Apparel Sales Co, Inc. et.al. [Appellant] -vs- Irwin Jacobs [Respondent]**  
**USBC adversary proceeding # 22-01074**  
**USDC Appellate # 24-cv-6739**

Dear Hon. Judge Rearden;

    This office represented J-K Apparel Co. Inc. and S&I Sales Co. Inc. in an adversary proceeding in the US Bankruptcy Court against Irwin Jacobs, the debtor in which J-K/S&I sought an order declaring the debt owed by the debtor was not dischargeable. After a trial on the issue, the Bankruptcy Court issued an order declaring that the debt was dischargeable. J-K/S&I appealed the decision to the District Court and the case was assigned to your Honor.

    After further considering the legal issues that could be raised on the appeal, Appellant has elected to withdraw the appeal. As a result, Appellant hereby moves this Court to dismiss the appeal on consent of Appellant. We have not previously so notified the attorneys for the Respondent in that we are confident that there will be no objection to this motion.

Application DENIED without prejudice to renewal. Appellant's motion does not identify the "terms agreed to by the parties or fixed by the district court or BAP." Fed. R. Bank. P. 8023(b). Any renewed motion shall be filed under Federal Rule of Bankruptcy Procedure 8023.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.  
*/s/ Jennifer H. Rearden*  
Jennifer H. Rearden, U.S.D.J.  
Dated: January 22, 2025

Respectfully submitted,

SchrierShayne P.C.

s/Richard E. Schrier  
Richard E. Schrier, Esq.(9985)